## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pinkney, Joyce A

Printed: 8/5/08

Case Number: 04 B 41860
Judge: Wedoff, Eugene R
Filed: 11/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: July 10, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,687.63 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 24,014.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,476.37 |
| Other Funds: |  | 302.98 |
| Totals: | 28,687.63 | 28,687.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Sir Finance Corporation | Unsecured | 1,296.33 | 1,296.33 |
| 3. | Target National Bank | Unsecured | 414.00 | 414.00 |
| 4. | AAA Checkmate LLC | Unsecured | 671.01 | 671.01 |
| 5. | Brother Loan & Finance | Unsecured | 1,057.31 | 1,057.31 |
| 6. | RoundUp Funding LLC | Unsecured | 2,794.12 | 2,794.12 |
| 7. | Resurgent Capital Services | Unsecured | 359.30 | 359.30 |
| 8. | Federal Employee Credit Union | Unsecured | 6,930.99 | 6,647.70 |
| 9. | ECast Settlement Corp | Unsecured | 10,774.51 | 10,774.51 |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Direct Merchants | Unsecured | | No Claim Filed |
| | | | $ 27,191.57 | $ 26,908.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 209.29 |
| 4% | 106.06 |
| 3% | 41.75 |
| 5.5% | 483.74 |
| 5% | 95.52 |
| 4.8% | 181.43 |
| 5.4% | 358.58 |
| | $ 1,476.37 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pinkney, Joyce A

                                                    Case Number:  04 B 41860

                                                    Judge:  Wedoff, Eugene R

     Printed:  8/5/08                               Filed:  11/10/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

